# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 10-854-02 (FSH) |
| v. | : | |
| | : | **ORDER** |
| ANTONIO RODRIGUEZ | : | |
| Defendant. | : | |

     This matter having come before the Court upon the application of Steven D. Altman, Esq., of the law firm of Benedict and Altman, attorney for defendant Antonio Rodriguez, for the entry of an Order granting counsel's motion to be relieved of his appearance and representation of defendant Rodriguez in connection with the above-captioned matter; and the Court having read and considered the papers submitted therewith; and for good cause shown;

     **IT IS** on this 31st day of October, 2011,

     **ORDERED** that the Motion to be relieved as counsel for defendant Rodriguez [docket #61] is hereby **GRANTED.**


                                                   s/ Garrett E. Brown, Jr.
                                                     Chief Garrett E. Brown, Jr.
                                                       United States District Judge